# Court of Appeals
# of the State of Georgia

ATLANTA, <u>July 25, 2024</u>

*The Court of Appeals hereby passes the following order:*

## A24D0400. MARY DORNER v. EARL BROCK JR.

The application for discretionary review filed by applicant Mary Dorner is hereby GRANTED. Dorner shall have ten days from the date of this order to file a notice of appeal in the superior court. See OCGA § 5-6-35 (g). If Dorner already has filed a notice of appeal in the superior court, then she need not file a second notice. The clerk of the superior court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.

Respondent Earl Brock, Jr.'s request for sanctions is hereby DENIED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, <u>July 25, 2024</u>

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.